UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN ANTONIO CAB CETINA, | Case No. 2:23-cv-10863-MCS (PD) |
|---|---|
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| WARDEN, FCC-LOMPOC LOW II, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: May 31, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE