**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO CAB CETINA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>Respondent. | Case No. 2:23-cv-10863-MCS (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 31, 2024

*/s/ Mark C. Scarsi*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE